**DISMISS; and Opinion Filed December 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01243-CR

### WILLIAM DAVID WALTON, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1252565-S**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Schenck
Opinion by Justice Schenck

William David Walton was convicted, following the adjudication of his guilt, of possession of methamphetamine in an amount of one gram or more but less than four grams. Appellant pleaded true to the allegations in the motion to adjudicate guilt as part of a plea agreement, which included a waiver of his right to appeal. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court followed the plea agreement and sentenced appellant to two years' imprisonment. Because appellant waived his right to appeal, we dismiss the appeal for want of jurisdiction.

/David J. Schenck/

DAVID J. SCHENCK
Do Not Publish                                    JUSTICE
TEX. R. APP. P. 47

151243F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

WILLIAM DAVID WALTON, Appellant

No. 05-15-01243-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F12-52565-S.
Opinion delivered by Justice Schenck, Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 28th day of December, 2015.